UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AHMED J. AWAN, | : | |
| | : | |
| Petitioner, | : | Civ. No. 14-3798 (RBK) |
| | : | |
| v. | : | |
| | : | |
| JORDAN R. HOLLINGSWORTH, | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondent. | : | |

Petitioner is a former federal prisoner. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner challenges the Federal Bureau of Prisons' ("BOP") decision to deny his request for placement into a residential re-entry center ("RRC").

On November 17, 2014, the Court issued an order to show cause on petitioner why his habeas petition should not be dismissed as moot as it came to the attention of the Court that petitioner had been released from federal incarceration. *See Moncrieffe v. Yost*, 397 F. App'x 738, 739 (3d Cir. 2010) (per curiam) (finding petitioner's habeas moot where petitioner challenge BOP's decision that he serve only the final 90-120 days in RRC as petitioner was released from BOP custody while appealing the denial of his habeas petition); *Kazanjian v. Scism*, No. 10-023, 2011 WL 531948, at *1 (M.D. Pa. Feb. 8, 2011) (finding petitioner's habeas petition challenging RRC placement moot where he had been released from BOP custody). Petitioner was given twenty-one days in which to respond to the order to show cause. On December 12, 2014, this Court dismissed the habeas petition as moot after petitioner failed to respond to the order to show cause within the applicable time frame. The case was then closed by the Clerk.

However, in a document dated December 10, 2014, received by the Clerk on December 12, 2014, but not docketed by the Clerk until December 31, 2014, petitioner requested an additional ninety days in which to respond to the November 17, 2014 order to show cause. On January 15, 2015, this Court denied petitioner's request for an extension of time to respond to the order to show cause. This Court noted that the request was untimely. Furthermore, this Court noted that it did not see a need to grant petitioner's request since his petition was clearly moot for the reasons stated in the December 12, 2014 Opinion.

On November 16, 2015, this Court received another letter from petitioner. Petitioner indicates that he has sent two letters to the Court requesting that the case be reopened. He further requests the status of his case.

In light of petitioner's most recent letter, petitioner may not have received this Court's January 15, 2015 Opinion and Order. Therefore, the Clerk will be ordered to resend those filings to petitioner. This Court does not see a need to reopen this case at this time. Indeed, petitioner's November 16, 2015 letter gives no indication why this Court's prior ruling that his habeas petition is now moot is in error. Accordingly, this case shall remain closed.

Therefore, IT IS this   24th  day of November, 2015,

ORDERED that the Clerk shall serve on petitioner by regular U.S. Mail:  (1) a copy of the docket sheet in this case; (2) a copy of the January 15, 2015 Opinion and Order (Dkt. Nos. 12 & 13); and (3) a copy of this Order.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge